FILED
August 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § NO. P-25-MJ-433 |
| v. | § |
| JUANA ALVAREZ-RODRIGUEZ, | § |
| Defendant. | § |

## ORDER OF DISMISSAL

Considering the Government's Motion for dismissal of Complaint without prejudice, pursuant to Federal Rule for Criminal Procedure 48(a), it is hereby ORDERED that Count One, dated August 21, 2025, against the above named defendant is DISMISSED WITHOUT PREJUDICE for the reason that the U.S. Attorney seeks this dismissal in the interest of justice.

IT IS SO ORDERED.

Signed on the 27th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE
Ronald C. Griffin